IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**FATHER LASTER**                                                                       **PLAINTIFF**

v.                                                                 Civil No. 1:14cv335-HSO-JCG

**BILOXI POLICE DEPARTMENT**
**and CITY OF BILOXI**                                                **DEFENDANT**

<u>**FINAL JUDGMENT**</u>

This matter is before the Court sua sponte.  The Court, after a full review and consideration of the pleadings on file, the record as a whole, and relevant legal authorities, finds that in accord with its Order entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this Civil Action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 14th day of October, 2015.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE